**LANCE J. HENDRON, ESQ**.
Nevada Bar # 011151
**Lance J. Hendron, Attorney at Law, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
(Office): (702) 758-5858 ◊ Facsimile: (702) 387-0034
Email: lance@ghlawnv.com
*Attorney for Trevin Jones*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00032-001 |
| Plaintiff, | |
| vs. | |
| TREVIN D. JONES aka Z | |
| Defendant. | |

## STIPULATION TO CONTINUE TIME FOR SHOW CAUSE HEARING

IT IS HEREBY STIPULATED AND AGREED by and between Dayle Elieson, United States Attorney, Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Lance Hendron, Attorney at Law, LLC counsel for Defendant Trevin D. Jones, that the Show Cause Hearing currently scheduled for August 3, 2018 at 9:00 a.m. be vacated and reset

//

//

//

//

1

to a date convenient to the court the next week thereafter. Pretrial Officer Austin Allison has stated he has no objection to the continuation. This Stipulation is based upon the fact that counsel for Defense is scheduled to be out of the jurisdiction that date.

Dated this ___31st___ day of July, 2018.

| | |
|---|---|
| **Dayle Elieson** <br> **United States Attorney** | **LANCE J. HENDRON, ATTORNEY AT LAW, LLC** |
| ___/s/ S. Cushman_____ <br> SUSAN CUSHMAN <br> Assistant United States Attorney | ____/s/ L. Hendron___ <br> Lance J. Hendron, Esq. <br> Counsel for *Trevin Jones* |

**LANCE J. HENDRON,** **ATTORNEY AT LAW, LLC** 625 S. EIGHTH STREET LAS VEGAS, NEVADA 89101 TEL (702) 758-5858 • FAX (702) 387-0034

**LANCE J. HENDRON, ESQ**.
Nevada Bar # 011151
**Lance J. Hendron, Attorney at Law, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
(Office): (702) 758-5858 ◊ Facsimile: (702) 387-0034
Email: lance@ghlawnv.com
*Attorney for Trevin Jones*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00032-001 |
| Plaintiff, | |
| vs. | |
| TREVIN D. JONES aka Z | |
| Defendant. | |

### **ORDER**

IT IS HEREBY ORDERED that the Show Cause Hearing currently scheduled for August 3, 2018 at 9:00 a.m. is continued to the _____August 8_____, 2018 at __9:00__ a.m. in Courtroom 6C.

IT IS SO ORDERED.

DATED __August 1_____, 2018.

_____
U.S. DISTRICT JUDGE

3