UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00032-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| TREVIN D. JONES | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion for Dirty Urine Sample Result of July 11, 2018 (ECF No. 33), filed May 22, 2019. Pursuant to the motion Defendant tested positive while on pretrial release on July 11, 2018. Defendant represents the results from this drug test would assist him participating in the Bureau of Prisons Residential Drug Abuse Program. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Dirty Urine Sample Result (ECF No. 33) is **granted**.

**IT IS FURTHER ORDERED** that Pretrial Services disclose the results of Defendant's drug test taken on July 11, 2018 and mail the results at the following address:

**Trevin D. Jones**
**#5413-048**
**Federal Prison Camp, FPC – Herlong**
**PO Box No. 800**
**Herlong, CA 96113-0800**

Dated this 12th day of June, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE