# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TREVIN JONES,<br><br>Defendant | Case No.: 2:18-cr-00032-APG-GWF<br><br>**Order Denying Request for Court Recommendation**<br><br>[ECF No. 36] |

Defendant Trevin Jones filed a request that I recommend to the Bureau of Prisons that Mr. Jones be permitted to serve his final 12 months of custody in a residential reentry center. ECF No. 36. Mr. Jones states in his request that he is diligently preparing for his release by participating in work programs and educational classes. I am very glad that he is doing so and I hope he continues on that path. But I do not have sufficient information to make an informed recommendation to the Bureau of Prisons. And, perhaps more importantly, I see no reason why the Bureau would not consider him for such placement, presuming he is progressing well.

I therefore deny Mr. Jones' request for a recommendation to the Bureau of Prisons. But in doing so, I do <u>not</u> suggest that he should not be considered for transfer to such a facility; that is entirely the Bureau of Prisons' decision.

DATED this 4th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE