Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Heidi A. Ojeda
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00032-APG-GWF-1 |
| Plaintiff, | **Motion for Appointment of Counsel** |
| v. | |
| Trevin D. Jones, | |
| Defendant. | |

Trevin Jones moves for the appointment of counsel to assist him with a supervised-release matter before this Court. 18 U.S.C. § 3006A(a)(1)(E) and LCR 44-1.  Mr. Jones completed a financial affidavit, which he seeks leave to file under seal because it contains his financial information.  As the affidavit shows, Mr. Jones cannot afford to hire an attorney at

/ / /

/ / /

/ / /

1    this time. He therefore requests that this Court appoint the Office of the Federal Public Defender

2    and Assistant Federal Public Defender Heidi A. Ojeda to represent him in filing a motion for

3    early termination of supervised release.

4         DATED: July 18, 2023

5                            Respectfully submitted,
                        Rene L. Valladares
6                            Federal Public Defender

7              By:  */s/ Heidi A. Ojeda*

8                            Heidi A. Ojeda
                        Assistant Federal Public Defender

9

10

11

12   IT IS SO ORDERED:

13   Dated:_July 19, 2023_____

14

15   _____
     ANDREW P. GORDON
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26